**Order entered March 1, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00970-CV**

**KESHA TERRY, Appellant**

**V.**

**ROSEMARY INCENCIO, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10849**

**ORDER**

We **REINSTATE** this appeal.

By order dated January 5, 2021, we abated this appeal and ordered the trial court to conduct a hearing and make written findings as to whether hearings were conducted on eight specified dates and, if so, whether a record was made of those hearings. A supplemental clerk's record with the trial court's findings has been filed.

The trial court found that hearings on the following four dates were recorded: (1) March 11, 2019; (2) June 15, 2020; (3) October 12, 2020; and (4) November 9, 2020. The reporter's records from these four hearings have been filed. The case was set for hearings on the motions docket on February 25, 2019, March 29, 2019, May 13, 2019, May 17, 2019, and June 17, 2019. These hearings were cancelled and no record was taken. On April 29, 2019, the case was set on the dismissal docket. The trial court granted a default judgment on that date. No record of the proceeding was made. The trial court noted in its findings that it is the regular practice to not have a record of dismissal docket proceedings unless requested by a party.

We **ADOPT** the trial court's findings.

The appellate record is now complete. Accordingly, appellant shall file her brief on the merits **within thirty days** of the date of this order.

/s/    ERIN A. NOWELL
JUSTICE